UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BRYAN K. LISTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:21-cv-00140-RLY-MPB |
| | ) |
| UNITED STATES GYPSUM COMPANY, | ) |
| | ) |
| Defendant. | ) |

# FINAL JUDGMENT

In the Order on November 21, 2022, the court granted final approval of the settlement in this class action. Accordingly, the case is now dismissed with prejudice. Each party shall bear its own costs.

**IT IS SO ORDERED** this 14th day of December 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.